Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET          U. S. DISTRICT COURT
(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:**  ○ YES  ● NO          **DOCKET NUMBER:** 3:25mj 320-DCK

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.*

| | | |
|---|---|---|
| **CASE NAME** | :US vs | William Stanley and Heather Morrow |
| **COUNTY OF OFFENSE** | : | Mecklenburg |
| **RELATED CASE INFORMATION** | : | |
| Magistrate Judge Case Number | : | 3:25-MJ-305-DCK |
| Search Warrant Case Number | : | |
| Miscellaneous Case Number | : | |
| Rule 20b | : | |
| **SERVICE OF PROCESS** | : | Summons |

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*  ○ Petty  ● Misdemeanor  ○ Felony

18 U.S.C. § 111(a)(1); 40 U.S.C. §1315; 41 C.F.R. § 102-74.365; 41 C.F.R. § 102-74.385; 41 C.F.R. § 102-74.390

**JUVENILE:**  ○ Yes  ● No

| | | |
|---|---|---|
| **ASSISTANT U. S. ATTORNEY** | : | Smith, Kenny |
| **VICTIM/WITNESS COORDINATORS:** | | Rutledge, Shirley |
| **INTERPRETER NEEDED** | : | No |
| **LIST LANGUAGE AND/OR DIALECT:** | | |
| **REMARKS AND SPECIAL INSTRUCTIONS:** | | |