# MINIMUM / MAXIMUM PENALTY FORM

## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF NORTH CAROLINA

United States v. [                                        ]

Case Number: [                                        ]

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|----------|---------|-------------------|---------------------|
|          |         |                   |                     |
|          |         |                   |                     |
|          |         |                   |                     |
|          |         |                   |                     |
|          |         |                   |                     |
|          |         |                   |                     |
|          |         |                   |                     |
|          |         |                   |                     |
|          |         |                   |                     |
|          |         |                   |                     |
|          |         |                   |                     |
|          |         |                   |                     |
|          |         |                   |                     |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL?  ☐ YES  ☐ NO

* For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED?  ☐ YES  ☐ NO

* For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM?  ☐ YES  ☐ NO

* 18 U.S.C. 924(C) ONLY

IF YES  ☐ BRANDISH

☐ DISCHARGE