IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:25-MJ-320-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WILLIAM STANLEY, HEATHER MORROW, | ) | |
| | ) | |
| **Defendants**. | ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant Heather Morrow's "Motion For Discovery And For An Order Requiring The Government To Request And Preserve Brady Material" (Document No. 6). On December 17, 2025, both Defendant Heather Morrow ("**Morrow**") and Defendant William Stanley ("**Stanley**") had their initial appearances. (Minute Entries, Dec. 17, 2025). At Morrow's initial appearance, the Government was instructed to timely file a response to the pending motion. At Stanley's initial appearance, Stanley's attorney represented she was joining in Morrow's motion. To date, the Government has not filed a response.

**IT IS, THEREFORE, ORDERED** that the Government shall file a response to the "Motion For Discovery And For An Order Requiring The Government To Request And Preserve Brady Material" (Document No. 6), on or before **January 6, 2026**.

**SO ORDERED**.

Signed: December 22, 2025

David C. Keesler
United States Magistrate Judge