IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
1:25MJ320-DCK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | **MOTION TO CONTINUE** |
| v. | ) | **TRIAL** |
| | ) | |
| WILLIAM STANLEY | ) | |
| HEATHER MORROW | ) | |

The United States of America, by and through Dallas J. E. Kaplan, Attorney for the United States pursuant to 28 U.S.C. § 515, respectfully moves this Court to continue the trial on Count 4 (Assaulting, Resisting, Opposing, Impeding, Intimidating, and Interfering with Persons Performing Official Duties and Aiding and Abetting -- 18 U.S.C. § 111(a)(1) and 18 U.S.C. § 2). The Speedy Trial Act requires that this charge (a Class A Misdemeanor) be tried no later than February 25, 2026, which is 70 days after the defendants made their initial appearances. The government requests a 30-day extension from that date.

I have contacted attorneys for defendants Stanley and Morrow, and they do not oppose this motion to continue. The government respectfully asserts that the ends of justice served by the granting of the 30-day continuance outweigh the best interests of the public and the defendants' right to a speedy trial.

RESPECTFULLY SUBMITTED this the 26th day of January 2026.

        DALLAS J. E. KAPLAN
        ATTORNEY FOR THE UNITED STATES
        PURSUANT TO 28 U.S.C. § 515
        /s/ Kenneth Smith
        Assistant United States Attorney
        United States Attorney's Office
        Western District of North Carolina
        North Carolina Bar Number 17934
        227 West Trade Street, Suite 1650
        Charlotte, North Carolina 28202
        Telephone: (704) 344-6222
        E-mail: Kenny.Smith@usdoj.gov