IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:25MJ320-MEO |
| | ) | |
| v. | ) | REQUEST FOR RECIPROCAL |
| | ) | DISCOVERY |
| WILLIAM STANLEY and | ) | |
| HEATHER MORROW | ) | |
| | ) | |

Pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure, the United States of

America requests that Defendant William Stanley and Defendant Heather Morrow provide

reciprocal discovery.

RESPECTFULLY SUBMITTED this the 24th day of July, 2026.

DALLAS KAPLAN
First Assistant United States Attorney
*Attorney for the United States, Acting Under*
*Authority Conferred by 28 U.S.C. § 515*

           /s/ Kenneth Smith
KENNETH SMITH
Assistant United States Attorney
North Carolina Bar Number 17934
Kenny.Smith@usdoj.gov

           /s/ Caryn Finley
Caryn Finley
Assistant United States Attorney
Bar: NY 3953882
Caryn.Finley@usdoj.gov

United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
704-244-6222