| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM STANLEY and HEATHER MORROW,<br><br>Defendants. | **JOINT MOTION IN LIMINE TO BAR LAY OPINION ON "FEDERAL PROPERTY"** |

NOW COME the Defendants, pursuant to paragraph 5 of this Court's Standing Arraignment Order and Standing Orders Governing Criminal Cases Before the Honorable Matthew E. Orso and Fed. R. Evid. Rules 401, 403, and 701, and move in limine to bar the United States from offering lay opinion testimony on whether property or land is or is not "federal property."

The grounds for this Motion are that the determination of whether the United States has a legal interest through ownership or lease in property is a matter of law and lay opinion on the subject cannot be used to define the property interests of the United States. In addition, lay opinion on what is or is not property of the United States is irrelevant to the question of whether the United States has a legal interest in property and thus whether the property is actually "federal property." Such testimony is not relevant under Fed.R.Evid. Rule 401. Moreover, testimony on this issue by lay persons would mislead the jury and create unfair prejudice which would substantially outweigh the probative value (if any) of such an opinion under Fed.R.Evid. Rule 403. Finally, opinions by

lay persons on this issue do not assist the trier of fact in determining a fact in issue under Fed.R.Evid. Rule 701.

In further support of this Motion, the Defendants rely upon their Memorandum of Law filed contemporaneously with this Motion.

This 29th day of July 2026.

*/s/ James P. Cooney III*
James P. Cooney III (NC Bar No. 12140)
Claire J. Rauscher (NC Bar No. 21500)
WOMBLE BOND DICKINSON (US) LLP
301 South College Street, Suite 3500
Charlotte, North Carolina 28202
Telephone:  (704) 331-4980
Telephone: (704) 331-4961
Email:  Jim.Cooney@wbd-us.com
Email: Claire.Rauscher@wbd-us.com
*Attorneys for Defendant William Stanley*

*/s/ Rob Heroy*
Rob Heroy (NC Bar No. 35339)
Goodman Carr, PLLC
301 S.McDowell St., Ste. 602
Charlotte, NC 28204
Telephone: (704) 372-2770
Email: Rheroy@goodmancarr.net

*/s/ Xavier T. de Janon*
Xavier T. de Janon (NC Bar No. 58803)
P.O. Box 470221
Charlotte, NC 28247
Telephone: (704) 448-9170
Email: xavier@peopleslaw.co
*Attorneys for Defendant Morrow*