**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**Case No: 3:25-mj-00320-MEO-DCK**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | **JOINT MOTION IN LIMINE TO BAR TESTIMONY CONCERNING DEFENDANTS' SILENCE IN VIOLATION OF *DOYLE V. OHIO*** |
| WILLIAM STANLEY and HEATHER MORROW, | |
| Defendants. | |

NOW COME the Defendants, pursuant to paragraph 5 of this Court's Standing Arraignment Order and Standing Orders Governing Criminal Cases Before the Honorable Matthew E. Orso, and move in limine to bar the United States from offering testimony stating, indicating, or suggesting that the Defendants' remained silent or invoked their right to remain silent after being advised of their constitutional rights. The grounds for this Motion are that such testimony violates the Due Process Clause of the Fifth Amendment. *See Doyle v. Ohio,* 426 U.S. 610 (1976).

In further support of this Motion, the Defendants rely upon their Memorandum of Law filed contemporaneously with this Motion.

This 29th day of July 2026.

*/s/ James P. Cooney III*
James P. Cooney III (NC Bar No. 12140)
Claire J. Rauscher (NC Bar No. 21500)
WOMBLE BOND DICKINSON (US) LLP
301 South College Street, Suite 3500
Charlotte, North Carolina 28202
Telephone: (704) 331-4980
Telephone: (704) 331-4961
Email: Jim.Cooney@wbd-us.com

Email: Claire.Rauscher@wbd-us.com
*Attorneys for Defendant William Stanley*

*/s/ Rob Heroy*

Rob Heroy (NC Bar No. 35339)
Goodman Carr, PLLC
301 S.McDowell St., Ste. 602
Charlotte, NC 28204
Telephone: (704) 372-2770
Email: [Rheroy@goodmancarr.net](mailto:Rheroy@goodmancarr.net)

*/s/ Xavier T. de Janon*

Xavier T. de Janon (NC Bar No. 58803)
P.O. Box 470221
Charlotte, NC 28247
Telephone: (704) 448-9170
Email: xavier@peopleslaw.co
*Attorneys for Defendant Morrow*