IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No: 3:25-mj-00320-MEO-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>WILLIAM STANLEY and HEATHER MORROW,<br><br><br>        Defendants. | **MEMORANDUM IN SUPPORT OF JOINT MOTION IN LIMINE TO BAR TESTIMONY CONCERNING DEFENDANTS' SILENCE IN VIOLATION OF *DOYLE V. OHIO*** |

The Defendants are charged in a Bill of Information with Four Counts arising out of protests that took place at 6130 Tyvola Centre Drive.  There is no dispute that following their arrests, and after being advised of their right to remain silent, each Defendant chose to exercise that right and did not speak to law enforcement.

Since *Doyle v. Ohio,* 426 U.S. 610 (1976), the Courts have found that the use of such silence by the Government violates the Due Process Clause of the Fifth Amendment.  As put by the Fourth Circuit, "*Doyle* forbids the government to use a defendant's silence against him at trial where the government implicitly or explicitly advised the defendant upon arrest that he should keep silent." *United States v. Quinn*, 359 F.3d 666, 677 (4th Cir. 2004).  This is so because, having advised a Defendant that he has the right to remain silent, the government cannot then use the silence induced by the warning against a Defendant:  "Because of the nature of *Miranda* warnings, 'every post-arrest silence is insolubly ambiguous' and a jury is not permitted to draw any inference from such silence except that the defendant was exercising his Fifth Amendment rights." *Id.* (quoting *Doyle,* 426 U.S. at 618).

Because the use of such silence is a Due Process violation, the Court should instruct in limine that no comment is to be made or testimony is to be given which touches or comments upon the silence of the Defendants after their arrest.

This 29th day of July 2026.

/s/ James P. Cooney III
James P. Cooney III (NC Bar No. 12140)
Claire J. Rauscher (NC Bar No. 21500)
WOMBLE BOND DICKINSON (US) LLP
301 South College Street, Suite 3500
Charlotte, North Carolina 28202
Telephone: (704) 331-4980
Telephone: (704) 331-4961
Email: Jim.Cooney@wbd-us.com
Email: Claire.Rauscher@wbd-us.com
*Attorneys for Defendant William Stanley*

/s/ Rob Heroy
Rob Heroy (NC Bar No. 35339)
Goodman Carr, PLLC
301 S.McDowell St., Ste. 602
Charlotte, NC 28204
Telephone: (704) 372-2770
Email: Rheroy@goodmancarr.net

/s/ Xavier T. de Janon
Xavier T. de Janon (NC Bar No. 58803)
P.O. Box 470221
Charlotte, NC 28247
Telephone: (704) 448-9170
Email: xavier@peopleslaw.co
*Attorneys for Defendant Morrow*

**<u>ARTIFICIAL INTELLIGENCE (AI) CERTIFICATION</u>**

I hereby certify the following:

1.      No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg;

2.      Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

*/s/ James P. Cooney III*

James P. Cooney III (NC Bar No. 12140)
