IN THE UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:25MJ320-MEO |
| | ) | |
| v. | ) | **RESPONSE TO DEFENDANTS'** |
| | ) | **JOINT MOTION *IN LIMINE*** |
| | ) | **TO BAR TESTIMONY CONCERNING** |
| WILLIAM STANLEY and | ) | **DEFENDANTS' SILENCE IN** |
| HEATHER MORROW | ) | **VIOLATION OF *DOYLE V. OHIO*** |
| | ) | |

NOW COMES the United States of America, by and through Dallas Kaplan, First Assistant United States Attorney, Attorney for the United States, Acting Under Authority Conferred by 28 U.S.C. § 515, and respectfully submits its response to Defendants William Stanley (Stanley) and Heather Morrow (Morrow)'s Joint Motion in Limine to Bar Testimony Concerning Defendants' Silence in Violation of *Doyle v. Ohio*.  Doc. 49 and 50.

The United States is well aware of its obligations regarding a criminal defendant's right to invoke his or her *Miranda* rights, and it does not intend to use Defendant Stanley or Defendant Morrow's silence against them at trial.

RESPECTFULLY SUBMITTED this 5th day of August, 2026.

DALLAS KAPLAN
First Assistant United States Attorney
*Attorney for the United States, Acting Under*
*Authority Conferred by 28 U.S.C. § 515*


_____/s/ Kenneth Smith_____
KENNETH SMITH
Assistant United States Attorney
North Carolina Bar Number 17934
Kenny.Smith@usdoj.gov


_____/s/ Caryn Finley_____
CARYN FINLEY
Assistant United States Attorney
New York Bar Number 3953882

1

Caryn.Finley@usdoj.gov

United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
704-244-6222

2