**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**Case No: 3:25-mj-00320-MEO-DCK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>WILLIAM STANLEY and HEATHER MORROW,<br><br><br>        Defendants. | **CONSENT MOTION TO EXTEND THE TIME FOR FILING PROPOSED JURY INSTRUCTIONS, VOIR DIRE AND VERDICT FORM** |

NOW COMES the Defendants and the Government who respectfully request the time for filing Proposed Jury Instructions, Voir Dire and Verdict Form be extended from August 12, 2026 to no later than August 14, 2026.  As grounds, therefore, states the following:

1.   This Court's Standing Order states proposed jury instructions, voir dire and verdict sheets are due "no later than 14 days prior to the term at which the case is scheduled to be tried". Standing Order at ¶8.  In the above-captioned matter, they are due on August 12, 2026.

2.   Counsel have been in discussions to comply with the Court's requirement that the jury instructions, voir dire and verdict form be consolidated with the objections and included in a single document.  Questions arose between the parties regarding the format.

3. Assistant U.S. Attorney Caryn Finley and Claire Rauscher (attorney for defendant William Stanley on behalf of both defendants) had a call with Mary Grob, the Court's clerk today to discuss questions about the formatting requirements for the jury instructions. A proposal to somewhat alter the Standing Order format was suggested and approved.

4. In light of the call, the parties need additional time to reformat the presentation and objections to the proposed jury instructions and make any necessary alignments to voir dire and the verdict form.

**WHEREFORE**, the parties request an extension to no later than August 14 to file the joint jury instructions, voir dire and verdict form.

Date: August 11, 2026

Respectfully submitted:

*/s/ Claire J. Rauscher*
Claire J. Rauscher (NC Bar No. 21500)
James P. Cooney III (NC Bar No. 12140)
WOMBLE BOND DICKINSON (US) LLP
301 South College Street, Suite 3500
Charlotte, North Carolina 28202
Telephone: (704) 331-4980
Telephone: (704) 331-4961
Email: Claire.Rauscher@wbd-us.com
Email: Jim.Cooney@wbd-us.com

*Attorneys for Defendant William Stanley*

/s/Rob Heroy
W. Rob Heroy
Goodman Carr, PLLC
301 S. McDowell St., #602
Charlotte, NC 28204
(704) 372-2770

rheroy@goodmancarr.net

/s/ Xavier Torres de Janon
Xavier T. de Janon
Attorney for Heather Morrow
North Carolina Bar #58803
P.O. Box 470221
Charlotte, North Carolina 28247
Tel: (704) 448-9170
Email: xavier@peopleslaw.co

*Attorneys for Heather Morrow*

*/s/ Kenneth Smith*
Kenneth Smith (NC Bar No. 17934)
Caryn Finley (NY Bar No. 3953882)
Assistant United States Attorney
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, NC 28202
Tel. (704)344-6222
Email: Kenny.Smith@usdoj, gov
Email: Caryn.Finley@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that I have served the foregoing Consent Motion to Extend the Time for Filing Jury Instructions, Voir Dire and Verdict Form on all counsel via the ECF system.

This the 11th day of August, 2026

/s/ *Claire J. Rauscher*
Claire J. Rauscher