**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No: 3:25-mj-00320-MEO-DCK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>WILLIAM STANLEY and HEATHER MORROW,<br><br>     Defendants. | **DEFENDANTS' MOTION FOR JUDICIAL NOTICE** |

NOW COME the Defendants in this matter, WILLIAM STANLEY ("Mr. Stanley") and HEATHER MORROW ("Ms. Morrow"), pursuant to 44 U.S.C. § 1507 and Fed.R.Evid. Rule 201, and request that this Court take judicial notice of 91 FR 2316-01, "Rules and Regulations General Services Administration," 41 CFR Part 102-74, published January 20, 2026, for purpose of its use as substantive evidence at a trial in this matter. A copy of this regulatory statement is attached to this Motion as **Exhibit 1.**[1] In support of this Motion, the Defendants show that 44 U.S.C. § 1507 states that "the contents of the Federal Register shall be judicially noticed." In addition, the contents of the Federal Register are considered adjudicative facts subject to judicial notice pursuant to Fed.R.Evid Rule 201. *See, e.g., United States v. Ahlstrom,* 530 Fed.Appx. 232 n. 5 (No. 12-4772) (U.S. Court of Appeals for the Fourth Circuit June 24, 2013) (unpublished) (list of approved devices published in the Federal Register were "subject to judicial notice by this Court") (citing

---

[1] **Exhibit 1** was previously submitted to this Court as **Attachment A** to Defendants' Motion to Dismiss Counts 1, 2, and 3 of the Bill of Information (ECF#059-1).

44 U.S.C. § 1507); *Colonial Pens. Co. v. Coil,* 887 F.2d 1236, 1239-40 (4th Cir. 1989).[2] *See*

*American Trucking Assoc., Inc. v. Rhode Island Turnpike and Bridge Authority,* 123 F.4th 27, 48

n.13 (1st Cir. 2024) ("We take judicial notice of regulations published in the <u>Federal Register</u>.")

(citing § 1507).

The Defendants have conferred with counsel for the United States, and the United States

is unable to take a position on this Motion at this time, but reserves the right to be heard.

WHEREFORE, the Defendants pray that this Court take judicial notice of 41 CFR Part

102-74, published January 20, 2026, for the purpose of its use as substantive evidence at a trial in

this matter.

This 12th day of August, 2026.

*/s/ James P. Cooney III*
James P. Cooney III (NC Bar No. 12140)
Claire J. Rauscher (NC Bar No. 21500)
WOMBLE BOND DICKINSON (US) LLP
301 South College Street, Suite 3500
Charlotte, North Carolina 28202
Telephone:  (704) 331-4980
Telephone: (704) 331-4961
Email:  Jim.Cooney@wbd-us.com
Email: Claire.Rauscher@wbd-us.com
*Attorneys for Defendant William Stanley*

---

[2] As an unpublished decision, *Ahlstrom* is included as an attachment.

2

**CERTIFICATE OF SERVICE**

I certify that I have served the foregoing **DEFENDANTS' MOTION FOR JUDICIAL NOTICE** on all counsel via the ECF system.

This the 12th day of August, 2026.

/s/ *James P. Cooney III*
James P. Cooney III

3