IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:25CRMJ320-MEO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | <u>VERDICT SHEET</u> |
| | ) | |
| WILLIAM STANLEY | ) | |
| HEATHER MORROW | ) | |
| | ) | |

1.   Regarding Count One (**Obstructing the Use of Entrances on Federal Property**),

Does the jury find William Stanley guilty or not guilty?

GUILTY _____

NOT GUILTY_____

Does the jury find Heather Morrow guilty or not guilty?

GUILTY _____

NOT GUILTY_____

2.   Regarding Count Two (**Impeding and Disrupting Performance of Official Duties of Government Employees**),

Does the jury find William Stanley guilty or not guilty?

GUILTY _____

NOT GUILTY_____

Does the jury find Heather Morrow guilty or not guilty?

GUILTY _____

NOT GUILTY_____

3. Regarding Count Three (Failure to Comply with Lawful Direction of Authorized Individual),

Does the jury find William Stanley guilty or not guilty?

GUILTY _____

NOT GUILTY_____

Does the jury find Heather Morrow guilty or not guilty?

GUILTY _____

NOT GUILTY_____

4. Regarding Count Four (Assaulting, Resisting, Opposing, Impeding, Intimidating, and Interfering with Persons Performing Official Duties),

Does the jury find William Stanley guilty or not guilty?

GUILTY _____

NOT GUILTY_____

Does the jury find Heather Morrow guilty or not guilty?

GUILTY _____

NOT GUILTY_____

_____
FOREPERSON

_____
DATE