UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:25-MJ-00320-MEO-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WILLIAM STANLEY AND HEATHER MORROW,<br><br>Defendants. | **ORDER** |

**THIS MATTER** is before the Court on parties' motions in limine (Doc. Nos. 47, 49, 51, 52) and Defendants' motions to dismiss (Doc. No. 55, 57, 58). The Court lists below the parties' relevant motions by docket number, a summary of the request, and the Court's ruling on each motion. For the reasons stated at the hearing on August 17, 2026, the Court rules as follows:

## I. DEFENDANTS' MOTIONS IN LIMINE

| Doc. No. | Request | Decision |
|---|---|---|
| 47. | Motion in Limine to Bar Lay Opinion on "Federal Property." | Denied without prejudice. |
| 49. | Motion in Limine to Bar Testimony Concerning Defendants' Silence in Violation of *Doyle v. Ohio.* | Granted. |

## II. GOVERNMENT'S MOTIONS IN LIMINE

| Doc. No. | Request | Decision |
|---|---|---|
| 51. | Motion in Limine to Preclude Improper Evidence and Argument. | Granted in part and denied in part as follows. |
| | (1) Regarding presenting argument or evidence regarding the previously dismissed Complaint. | Granted. |

| | | |
|---|---|---|
| | (2) Regarding eliciting self-serving hearsay. | Denied without prejudice. |
| | (3) Regarding submitting improper questions about the Defendants' character, unless the evidence complies with the requirements of Federal Rule of Evidence 405. | Granted. |
| | (4) Regarding cross-examining or impeaching witnesses with investigative reports the witness has not signed or adopted. | Granted. |
| 52. | Motion in Limine Concerning Jury Nullification and Improper Characterization of Issues for Consideration by Jury. | Granted in part and denied in part as follows. |
| | (1) Regarding arguments of vindictive or selective prosecution. | Granted. |
| | (2) Regarding reference to punishment or collateral consequences of conviction. | Granted. |
| | (3) Regarding presenting evidence or argument about policy or political considerations concerning the Administration's immigration policies or enforcement efforts. | Granted. |
| | (4) Regarding argument or evidence that Defendants' conduct was First Amendment protected activity. | Denied without prejudice. |

## III. DEFENDANTS' MOTIONS TO DISMISS[1]

| Doc. No. | Request | Decision |
|---|---|---|
| 55. | Motion for Sanctions (Including Dismissal) for the Destruction of Exculpatory Evidence and Misrepresentations by Federal Agents in Sworn Documents Used to Obtain an Arrest Warrant. | Denied. |

[1] Defendant Stanley's Motion to Adopt Co-Defendant Morrow's Motion for Sanctions and Dismissal of Exculpatory Evidence (Doc. No. 60) and Motion to Adopt Co-Defendant Morrow's Motion to Dismiss Count Four for Duplicity & Lack of Specificity and Motion for Bill of Particulars (Doc. No. 61) are granted. Accordingly, the Court's rulings on the motions to dismiss apply to both Defendants.

| | | |
|---|---|---|
| 57. | Motion to Dismiss Count Four for Duplicity & Lack of Specificity and Alternatively Motion for Bill of Particulars. | Denied. |
| 58. | Motion to Dismiss Counts One, Two, and Three of Bill of Information. | Denied. |

**SO ORDERED.**

Signed: August 18, 2026

Matthew E. Orso
United States District Judge