

USA_00000638_089B-
CE-4162179_0000047_1A0000033_0000011




USA_00000639_089B-
CE-4162179_0000047_1A0000033_0000012




USA_00000640_089B-
CE-4162179_0000047_1A0000033_0000013




USA_00000641_089B-
CE-4162179_0000047_1A0000033_0000014