FILED
CHARLOTTE, NC

SEP 02 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:25-MJ-00320-MEO-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WILLIAM STANLEY AND HEATHER MORROW,<br><br>Defendants. | **VERDICT FORM** |

COUNT ONE: *Obstructing the Use of Entrances on Federal Property*

As to Count One, we, the jury, unanimously find the defendant, William Stanley,

Guilty ☑ Not Guilty ☐

As to Count One, we, the jury, unanimously find the defendant, Heather Morrow,

Guilty ☑ Not Guilty ☐

COUNT TWO: *Impeding and Disrupting Performance of Official Duties of Government Employees*

As to Count Two, we, the jury, unanimously find the defendant, William Stanley,

Guilty ☑ Not Guilty ☐

As to Count Two, we, the jury, unanimously find the defendant, Heather Morrow,

Guilty ☑ Not Guilty ☐

COUNT THREE: *Failure to Comply with Lawful Direction of Authorized Individual*

As to Count Three, we, the jury, unanimously find the defendant, William Stanley,

Guilty ☑ Not Guilty ☐

As to Count Three, we, the jury, unanimously find the defendant, Heather Morrow,

Guilty ☑ Not Guilty ☐

COUNT FOUR: *Assaulting, Resisting, Opposing, Impeding, Intimidating, and Interfering with Persons Performing Official Duties*

As to Count Four, we, the jury, unanimously find the defendant, William Stanley,

Guilty ☐ Not Guilty ☒

As to Count Four, we, the jury, unanimously find the defendant, Heather Morrow,

Guilty ☑ Not Guilty ☐